# First Department, June Term, 1893.

Alonzo C. Monson, as Executor, etc., Respondent, v. The New York Security and Trust Company, as Trustee, etc., Appellant, Impleaded with Reuben B. Withers and Others, Respondents.—Judgment in this case is affirmed (with costs, [1] to the plaintiff, [2] to the defendant, Reuben B. Withers and others, [3] to the United States Trust Company and to the New York Security and Trust Company, as trustee, payable out of the estate of Reuben Withers), upon the opinion of Mr. Justice Patterson at Special Term.

Hattie E. Bucki, Respondent. v. Charles E. Bucki, Appellant.— Order affirmed, with ten dollars costs and disbursements.—
Per Curiam: The allegations in the complaint, if supported by evidence on the trial, will entitle plaintiff to the judgment prayed for. A situation, therefore, was presented on the motion which authorized the court, in the exercise of a proper judicial discretion, to make an allowance for costs and alimony pending the action. The amount awarded was justified, we think, by the affidavits before the court. The order appealed from should be affirmed, with ten dollars costs and disbursements.

National Park Bank, Appellant, v. Moses S. Levy, Respondent, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements.

Otilie Sentennis and Others, Appellants, v. Edward R. Ladew and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

William E. Wamsley, Respondent, v. H. L. Horton & Co., Limited, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Selig Maass and Others, Appellants, v. Abraham Falk and Others, Respondents. — Judgment affirmed, with costs, on opinion of the court below.

In the Matter of John K. Van Ness. — Referred to F. S. Wait to take proofs.

Katherine Palmer, Respondent, v. George Jones, Appellant. — Motion denied, with ten dollars costs.

The De Bardeleben Coal and Iron Company v. Buena Vista Iron Company. — Judgment affirmed.

Herman Gernau, Administrator, etc., Appellant, v. The Oceanic Steam Navigation Company, Respondent. — Judgment affirmed, with costs.—
Per Curiam: There seems to have been no substantial change in the evidence which was presented to the court upon the prior appeal, and that which is contained in the present record, except perhaps to strengthen the case upon the part of the defendants. It was then held that there was no evidence of negligence upon the part of the defendants sufficient to go to the jury, and, therefore, it seems unnecessary to rediscuss the same. Some exceptions are called to our attention by the counsel for the appellant, which might have needed notice had the case gone to the jury; but they do not seem in any way to have been injurious, in view of the fact that the plaintiff's complaint was dismissed. The judgment appealed from should be affirmed, with costs.

Joseph Arthur, Respondent, v. Harry Lacy, Appellant.— Motion granted, with ten dollars costs.

Elizur V. Foote, Respondent, v. The Metropolitan Elevated R. R. Co. and Others, Appellants.— Judgment affirmed, with costs.—
Per Curiam: The question involved having been previously decided by the General Term, the judgment should be affirmed, with costs. (See 58 Hun, 478.)

Peter N. Ramsey, Appellant, v. Telemaque T. Timayenis, Respondent. — Order affirmed, with ten dollars costs and disbursements.—
Van Brunt, P. J. : We see no reason for interfering with the order appealed from or for differing with the conclusions arrived at by the learned judge who heard the motion resulting in the order, and which are embraced in his memorandum contained in the record. There seems to be no question whatever but that the contentions upon the part of the plaintiff are absolutely inconsistent with the statements in writing made by him. The letter of the 20th of July, 1801, in answer to the defendant's letter of the 17th of July, 1891, is in manifest contradiction to the claims now advanced upon the part of the plaintiff. And it seems to be almost incredible that the plaintiff, after he had learned that he had been swindled in the manner claimed by him upon this application, should have written the letter of the 3d of February, 1892, months after the advances which formed the subject-matter of this action were made. The order should be affirmed, with ten dollars costs and disbursements.

Wealthy A. Stevens, as Guardian, etc., Respondent, v. Clinton G. Baker, Appellant. — Judgment affirmed, with costs.

Philip Schuyler, Respondent, v. Ernest Curtis and Others, Appellants. — Judgment affirmed, without costs.

Luz Diaz Govin, Plaintiff, v. Luciana Govin de Miranda, Defendant. — Exceptions sustained as to the amount of damages for detention. All other exceptions overruled, and judgment directed upon the verdict for a return of the bonds mentioned in the complaint; and in default of such return, for the value of said bonds, $9,478, and the verdict for damages for detention modified by limiting such damages to legal interest upon said amount from the date of demand, which appears to be the 13th of January, 1892, to the date of trial, without costs of this application.

Felix St. Anna Govin and Others, Plaintiffs, v. Luciana Govin de Miranda and Others, Defendants.— Exceptions sustained as to the amount of damages for detention. All other exceptions overruled, and judgment directed upon the verdict for a return of the bonds mentioned in the complaint, and in default of such return, for the value of said bonds, $17,950; and the verdict for damages for detention modified by awarding as such damages, legal interest upon said amount from the date of demand, which appears to be the 13th of January, 1892, to the date of trial, without costs of this application.

William Baumgarten v. William G. Nichols and Others. — Application granted.

William L. Reynolds v. Sylvester H. Knecland.— Motion denied.

Sells E. Woodhull v. The Mayor, etc.— Motion granted upon payment of ten dollars costs.